UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**RUTH REEVES,**            **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**1ST CLASS REAL ESTATE LLC,**    **CASE NO: 22-1097-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Motion to Dismiss entered on August 24, 2022, this cause is hereby DISMISSED without prejudice.**

                                   **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 8/25/2022**                **THOMAS M. GOULD**
                                           **Clerk of Court**

                                           **s/Maurice B. BRYSON**

                                           **(By) Deputy Clerk**